UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ERIC and LYSA UHLER, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>TROOPER CHASE VAN CLEAVE, TROOPER BRENT MERTENS and TROOPER ANDREW RAMOS,<br><br>Defendants. | No. 2:16-cv-01278-RSM<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL UNDER FRCP 41 |

## I. STIPULATION

The parties to this action, by their attorneys of record, stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned action shall be dismissed with prejudice and without an award of costs or attorneys' fees to either party.

DATED this 16th day of June, 2017.

MacDONALD HOAGUE & BAYLESS

By: s/*David Whedbee*
David J. Whedbee, WSBA #35977
davidw@mhb.com
Tiffany M. Cartwright, WSBA #43564
tiffanyc@mhb.com
Attorneys for Plaintiffs

ROBERT W. FERGUSON
Attorney General

By: s/*Paul Triesch*
Paul Triesch, WSBA #17445
OID #91019
pault@atg.wa.gov
Alexander Foster-Brown, WSBA # 52149
alexanderf@atg.wa.gov
Assistant Attorneys General
Attorneys for Defendants

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL - 1

No. 2:16-cv-01278-RSM

11176.1 kf146006

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## II. ORDER

Based on the above Stipulation of the parties, IT IS ORDERED:

1. The above captioned action is dismissed with prejudice; and

2. No award of costs or attorneys' fees shall be made to either party.

DATED this 16th day of June 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

MacDonald Hoague & Bayless

By: s/*David J. Whedbee*
　　David J. Whedbee, WSBA #35977
Attorneys for Plaintiffs

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL - 2

No. 2:16-cv-01278-RSM

11176.1 kf146006

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961